**No. 10-6082. Cornelius Joseph Mc-Castle, Petitioner v. North Texas Medical Hospital.**

562 U.S. 1009, 131 S. Ct. 515, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8560.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 424.

■■■■■■■■

**No. 10-6084. Mary L. Battle, Petitioner v. JP Morgan Chase Bank, NA, et al.**

562 U.S. 1009, 131 S. Ct. 515, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8601.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 328.

■■■■■■■■

**No. 10-6085. Robert Lee Martin, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1009, 131 S. Ct. 515, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8638.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■■■■■■■■

**No. 10-6089. Miguel Angel Diaz, Petitioner v. Texas.**

562 U.S. 1009, 131 S. Ct. 516, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8526.

November 1, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

■■■■■■■■

**No. 10-6091. Curtis James Neeley, Jr., Petitioner v. NameMedia, Inc., et al.**

562 U.S. 1009, 131 S. Ct. 516, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8495.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 389 Fed. Appx. 584.

■■■■■■■■

**No. 10-6094. Ronald D. Dingle, Petitioner v. Robert M. Stevenson, Warden.**

562 U.S. 1009, 131 S. Ct. 516, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8516, ■■

■■■■■■■■■■■■■■■■

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 285.

■■■■■■■■

**No. 10-6097. Charles Tyree Green, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, et al.**

562 U.S. 1009, 131 S. Ct. 553, 178 L. Ed. 2d 381, 2010 U.S. LEXIS 8460.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 364 Fed. Appx. 387.